UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-32-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES RICHARD MOORE, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE-64] docket entry 63 in the above-captioned case. For good cause shown, the court will ALLOW the motion. It is hereby ORDERED that docket entry 63 be sealed until such time as the court may order it unsealed.

SO ORDERED.

This the 19 day of February, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge