UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-32

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES RICHARD MOORE, JR. | ) | |
| LENARD CORNELIUS SMITH | ) | |

Upon motion of the Government, the recovered assets in this matter, $244,594.00, held by the United States Marshal on behalf of the Federal Bureau of Investigation, are ordered released to Allianz Global Corporate and Specialty. Said funds should be distributed as follows:

>    Allianz Global Corporate and Security
>    AGCS Marine Insurance Company
>    225 West Washington
>    18th Floor
>    Chicago, Illinois 60606

The United States Probation Office shall provide assistance as necessary.

This the 7th day of October, 2013.

JAMES C. FOX
Senior United States District Judge