UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-32-1F
NO. 4:12-CR-32-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES RICHARD MOORE, JR. | ) | |
| LENARD CORNELIUS SMITH | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the Federal Bureau of Investigation may dispose of the firearm relevant to this case pursuant to its regulations. The Government's motion for disposition [DE-88] is ALLOWED.

This the 8th day of October, 2013.

JAMES C. FOX
Senior United States District Judge