UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12CR000032-002F

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   ORDER FOR DISBURSEMENT
                                   )       OF PROPERTY
CHARLES RICHARD MOORE, JR.,        )
and LENARD CORNELIUS SMITH,        )
                                   )
            Defendants.            )

     Upon motion of the United States, and for good cause shown,
it is hereby ORDERED:

     1.   That the FBI is authorized and ordered to cause the
checks that were the subject of this Court's previous Order
dated October 7, 2013 to be re-written to Allianz Global
Corporate and Specialty.

     2.   That the FBI is authorized and ordered to cause such
re-issued checks to be sent to Allianz Global Corporate and
Specialty, with a copy of the check and transmittal letter being
sent to the United States Attorney's Office (Attn: Financial
Litigation Unit) and the United States Probation Office (both
letters should reference the Defendant's names, Charles Richard

Moore, Jr. and Lenard Cornelius Smith). The check shall be
mailed to:

> Allianz Global Corporate and Security
> AGCS Marine Insurance Company
> 225 West Washington
> 18th Floor
> Chicago, IL 60606

3. That the FBI shall cause any additional cash that it
is currently holding in connection with this case to be paid to
the Clerk of Court, U.S. District Court, to be applied to the
restitution ordered in this case.

SO ORDERED this __18__ day of __December__, 2014.

_James C. Fox_

JAMES C. FOX
Senior United States District Judge