IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00032-F-1
No. 4:15-CV-00035-F

| | |
|---|---|
| CHARLES RICHARD MOORE, JR., ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This 9th day of March, 2015.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE