IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-32-FL-1
NO. 4:15-CV-35-F

| | | |
|---|---|---|
| CHARLES RICHARD MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a federal inmate acting through counsel, filed the instant motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, (DE 159).[1] The government is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above captioned § 2255 motion within 40 days of the filing of this order.

SO ORDERED, this the 22nd day of November, 2019.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Upon the government's request, the court held the motion in abeyance pending resolution of litigation addressing the constitutionality of 18 U.S.C. § 924(c)(3)(B). The relevant litigation having concluded, the court lifted the stay on July 25, 2019.